IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CHRISTOPHER RONEY, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | No. 2:14-cv-02083 |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | : | HON. GENE E.K. PRATTER |
| Respondents. | : | |

## **JOINT STATUS REPORT**

The parties, through counsel and in accordance with the Court's order of November 28, 2017, hereby submit this report on the status of discovery and related issues:

- **Surveillance Video**: In spring 2017, counsel for Respondents located the original surveillance video in a facility on Erie Avenue in North Philadelphia. Because of concerns that the video may have deteriorated while in storage, the parties agreed to use equipment from the FBI to copy the video. On January 3, 2018, counsel for Respondents informed counsel for Petitioner that the copies have been made and that the original videotape is available for viewing and analysis by Petitioner and/or his experts at a mutually agreeable time.

- **Other Discovery**: The parties continue to work cooperatively to ensure that all documents responsive to the Court's discovery order are disclosed. Counsel for Respondents has informed counsel for Petitioner that he anticipates providing additional documents during the week of January 8.

- **Third-Party Discovery**: As stated in his earlier Motion for Third-Party Discovery, *see* Doc. 43, Petitioner continues to believe that third-party discovery from the FBI and NFL Films is necessary and appropriate. However, Petitioner believes that such discovery will be more fruitful once the parties are first afforded the opportunity to view and analyze the original surveillance video.

- **Evidence Relating to Officer Williams**:  Respondents' counsel has informed Petitioner's counsel no additional documents have been located that are associated with an investigation of the shooting that preceded Officer Williams's stop of Petitioner's car eight months before the crimes at issue in this habeas action.  Petitioner anticipates that, after the current production is complete, he will request leave of the Court to take additional discovery, including, but not limited to, depositions of Officer Williams and others involved in the traffic stop and subsequent investigation(s), as well as depositions of those involved in developing Officer Williams's testimony for trial.

- **Prosecutor's Jury Selection Notes**: The prosecutor's jury selection notes remain pending before the Court.  *See* Doc. 33 at 3.

Respectfully submitted,


/s/ Helen A. Marino                                          /s/ Max Kaufman
HELEN A. MARINO                                     MAX KAUFMAN
MATTHEW LAWRY                                    Acting Chief, Federal Litigation Unit
Federal Community Defender Office for the   Philadelphia District Attorney's Office
Eastern District of Pennsylvania                        Three South Penn Square
Capital Habeas Unit                                         Philadelphia PA  19107
The Curtis Center, Suite 545-W
Independence Square West
Philadelphia, PA  19106
215-928-0520

Counsel for Petitioner Christopher Roney        Counsel for Respondents


Dated: January 8, 2018

## CERTIFICATE OF SERVICE

I, Helen A. Marino, hereby certify that on this 8th day of January 2018, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

>Max Kaufman
>Acting Chief, Federal Litigation Unit
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia PA 19107


>/s/ Helen A. Marino
>Helen A. Marino

Dated: January 8, 2018