IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY, | |
| Petitioner, | CIVIL ACTION<br>No. 2:14-cv-02083 |
| v. | **THIS IS A CAPITAL CASE** |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | HON. GENE E.K. PRATTER |
| Respondents. | |

## JOINT STATUS REPORT

The parties, through counsel and in accordance with the Court's order of April 9, 2018, hereby submit this report on the status of discovery and related issues:

1. On June 18, 2018, Petitioner filed a successive PCRA petition alleging a violation of *Batson v. Kentucky*, based on review of the jury selection notes. Based on additional information made available to Petitioner by Respondents, on November 26, 2018 Petitioner filed an amendment supplementing the successive PCRA petition. The *Commonwealth's Motion to Dismiss* was filed on February 19, 2019.

2. A status conference was held before Judge Gary Glazer on February 14, 2019. Following the status conference, the Court of Common Pleas stayed the matter for a period of 180 days pending ongoing discovery in this Court. The parties are to inform the Court of Common Pleas of the status of federal discovery on or before August 15, 2019.

2

3. The parties are submitting this date a *Joint Request for Discovery Schedule.*

Respectfully submitted,

| | |
|---|---|
| /s/ Helen A. Marino | /s/ Max Kaufman |
| HELEN A. MARINO | MAX KAUFMAN |
| MATTHEW LAWRY | Supervisor, Federal Litigation Unit |
| Federal Community Defender Office for the | Philadelphia District Attorney's Office |
| Eastern District of Pennsylvania | Three South Penn Square |
| Capital Habeas Unit | Philadelphia PA  19107 |
| The Curtis Center, Suite 545-W | |
| Independence Square West | |
| Philadelphia, PA  19106 | |
| 215-928-0520 | |
| | |
| Counsel for Petitioner Christopher Roney | Counsel for Respondents |

Dated: April 4, 2019

## CERTIFICATE OF SERVICE

I, Helen A. Marino, hereby certify that on this 4th day of April 2019, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

>Max Kaufman
>Acting Chief, Federal Litigation Unit
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia PA 19107

>/s/ Helen A. Marino
>Helen A. Marino

Dated: April 4, 2019