# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY, *Petitioner* | CIVIL ACTION |
| v. | No. 14-2083 |
| SECRETARY JOHN E. WETZEL et al., *Respondents* | THIS IS A CAPITAL CASE |

## ORDER

AND NOW, this 15th day of May, 2020, upon consideration of the status letter submitted by Respondents related to the scope and cost of certain discovery, it is hereby **ORDERED** that Petitioner shall file a response by June 5, 2020.

BY THE COURT:

*/s/ Gene E.K. Pratter*

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE