Appendix 1:   48 Jury Trials Prosecuted by ADA Roger King

1.  Harold Carter            CP 7908-0044 and 0045
2.  Kevin Hughes            CP-51-CR-0313691-1980
3.  James Jones             CP 8010-2486-2491
4.  Allen Dantzler          CP 8207-2109
5.  Charles Gilyard         CP 8211-3548
6.  Isaiah Givens           CP 8210-0407
7.  Richard Harris          CP 8203-1414
8.  William Smith           CP 8201-0683-0685
9.  Damon Jones             CP 8309-0714-0739
10. Reginald Lewis          CP-51-CR-1113611-1983
11. Ralph Stokes            CP 8203-4576
12. Jerome Marshall
    (Trial, Penalty Phase 1)  CP 8311-1721-1732
13. C. Murphy               CP 9405-2608
14. Robert Wharton          CP-51-CR-0222581-1984
15. DeWitt Crawley          CP CP-51-CR-0201551-19134
16. Esau Burroughs          CP 8508-2051
17. Brian Thomas            CP 8509-2717-2721
18. Fred Thomas             CP 9402-0991-0992
19. Wade Middleton          CP 8608-1787
20. Anthony Sutton          CP 87113696
21. C. Murphy               CP-51-CR-0126101-1984
22. Johnny Alexander        CP 8802-1183
23. Karen Anne Phillips     CP 8805-3469
24. Christopher Brown       CP 8903-3446
25. Victor Santiago         CP 8902-3652
26. Jerome Marshall
    (Penalty Phase 2)       CP 8311-1730
27. Al Peoples              CP 8910-4498
28. Anthony Reid            CP 8906-0252-0256
29. Anthony Reid            CP 8810-2482-2485
30. Stephen Robinson        CP 9007-1117
31. Chester Hollman         CP-51-CR-0625451-1991
32. James Dennis            CP 9201-0484
33. Ken Ford                CP 8910-3222-3231
34. Orlando Maisonet        CP 9011-3483
35. Orlando Maisonet        CP 9011-3477, 3479-3482
36. Dennis Rodgers          CP 9211-3465
37. Rodney Williams         CP 9201-3128
38. Abdul Hardy             CP 9304-2857

Appendix 1:   48 Jury Trials Prosecuted by ADA Roger King

39. William Nieves        CP 9410-0970--0972
40. Vincent Jeter         CP 9403-3149
41. Borgela Philistin     CP-51-CR-0709691-1993
42. Warren Summers        CP 9501-0007
43. Simon Pirela          CP 8210-1292
44. Orlando Maisonet      CP 9011-3483 (retrial)
45. Eugene Jacobs         CP-51-CR-1003721-1995