Appendix 2:   Jury Trials Prosecuted by ADA Roger King between 1991-1996

1. Chester Hollman          CP-51-CR-0625451-1991
2. James Dennis             CP 9201-0484
3. Ken Ford                 CP 8910-3222-3231
4. Orlando Maisonet         CP 9011-3483
5. O. Maisonet              CP 9011-3477-3482
6. Dennis Rodgers           CP 9211-3465
7. Rodney Williams          CP 9201-3128
8. Abdul Hardy              CP 9304-2857
9. William Nieves           CP 9410-0970-0972
10. Vincent Jeter           CP 9403-3149
11. Borgela Philistin       CP-51-CR-0709691-1993
12. Warren Summers          CP 9501-0007