IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CHRISTOPHER RONEY, | : | |
| | : | Civil Action |
| Petitioner, | : | No. 2:14-cv-02083 |
| v. | : | |
| JOHN E. WETZEL, et al., | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Michael Gonzales, hereby certify that on this 5th day of June, 2020, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

>Max Kaufman, Esquire
>Chief, Federal Litigation Unit
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia PA 19107

>/s/ *Michael Gonzales*
>MICHAEL GONZALES
>Assistant Federal Defender
>Federal Community Defender Office
> for the Eastern District of PA
>Capital Habeas Unit
>The Curtis Center
>601 Walnut Street, Suite 545-West
>Philadelphia, PA 19106