IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER RONEY,** | : | |
| *Petitioner* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **No. 14-2083** |
| | : | |
| **SECRETARY JOHN E. WETZEL et al.,** | : | |
| *Respondents* | : | **THIS IS A CAPITAL CASE** |
| | : | |

## ORDER

AND NOW, this 5th day of January, 2021, upon consideration of the parties' Joint Status Report and Request for Additional Time (Doc. No. 119) and the previous conferences among counsel and the Court, it is hereby **ORDERED** that the parties shall have an additional sixty (60) days to provide a final list of cases to the Court for consideration.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1