## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CHRISTOPHER RONEY, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | No. 2:14-cv-02083 |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| JOHN E. WETZEL, Secretary, Pennsylvania | : | HON. GENE E.K. PRATTER |
| Department of Corrections; ROBERT | : | |
| GILMORE, Superintendent of the State | : | |
| Correctional Institution at Greene; STEVEN | : | |
| GLUNT, Superintendent of the State | : | |
| Correctional Institution at Rockview, | : | |
| | : | |
| Respondents. | : | |
| | : | |

### JOINT STATUS REPORT

The parties, through counsel hereby submit this report on the status of discovery and related issues:

In furtherance of Petitioner's pending discovery request that the Court order disclosure of the prosecutors' jury selection notes in cases other than Mr. Roney's, Petitioner hereby reports to the Court with the attached list of cases tried to a jury by ADA Roger King (Attachment "A"). Of the cases listed, Petitioner has to date identified approximately twenty in which a *Batson* or *Batson*-related issue was raised at some stage of litigation; more than twenty in which jury voir dire notes of testimony have been located and are available; more than thirty in which he has obtained copies of the computer generated jury panel lists; more than thirty-five in which he has obtained copies of the Jury Voir Dire Sheets (the court crier's contemporaneous account of the jury selection process); and four cases in which has obtained copies of the sitting jurors' Questionnaires (containing, inter alia, jurors' self-report of race and gender).

Petitioner has also identified many more cases tried by Mr. King in which the jury voir dire transcripts either have been transcribed or likely have been transcribed, and Petitioner continues efforts to locate those transcripts as well as other jury selection materials. Petitioner has outstanding requests with the Philadelphia Clerk of Courts to review relevant files.  Due to their age, some files are in the court's offsite storage; operational delays due to the coronavirus pandemic will require another 30 days before the clerk is able to make them available for review. In addition, the parties expect that some notes of testimony still may be located in the District Attorney's Office's internal databases.  The District Attorney's Office has not yet completed that search.  Group A of Attachment "A" also identifies twenty defendants who were prosecuted by Mr. King before a jury between 1991 and the close the close of 1996.  In some instances, there were multiple trials and juries, for which notes of testimony are available.

In February 2021, counsel for Respondents, Max Kaufman, resigned from his position at the District Attorney's Office. On March 11, 2021, undersigned counsel, Matthew Stiegler, entered his appearance as counsel for Respondents and promptly reached out to counsel for Petitioner.

Considering new counsel's need to adequately familiarize himself with the case, the parties agreed that Respondent's prioritize their internal data systems search for jury selection transcripts from cases for which Petitioner has already obtained other jury selection related materials, but not the notes of testimony. Counsel for Respondents is now conducting this search, and will expand it to include the remaining cases as soon as the more targeted search is completed. Considering the complexity of this case, Mr. Stiegler anticipates needing 30-60 days to complete those internal searches.

We are attaching here as well the list of cases tried by Assistant District Attorney Paul

Riley, which has previously been submitted to this Court.  *See* Attachment "B".

The parties will continue to compile information relevant to the listed cases.  The parties

of course are available for a status conference, if the Court wishes, at the court's convenience.

Respectfully submitted,

/s/ Michael H. Gonzales                                         /s/ ~~Max Kaufman~~Matthew Stiegler

MICHAEL H. GONZALES

HELEN A. MARINO                                       ~~MAX KAUFMAN~~MATTHEW STIEGLER

MATTHEW LAWRY                                   ~~Supervisor,~~Federal Litigation Unit

Federal Community Defender Office for the    Philadelphia District Attorney's Office

Eastern District of Pennsylvania                   Three South Penn Square

Capital Habeas Unit                                 Philadelphia PA  19107

The Curtis Center, Suite 545-W

Independence Square West

Philadelphia, PA  19106

215-928-0520

Counsel for Petitioner Christopher Roney

                                            Counsel for Respondents

Dated: April ~~910~~, 2020

3

**CERTIFICATE OF SERVICE**

I, Michael H. Gonzales, hereby certify that on this 18th day of December 2020, I served a

copy of the foregoing upon the following individual(s) via the Court's ECF system:

        Matthew Stiegler, Esquire
        Acting Chief, Federal Litigation Unit
        Philadelphia District Attorney's Office
        Three South Penn Square
        Philadelphia PA 19107


        /s/ Michael H. Gonzales
        Michael H. Gonzales

Dated: April 10, 2020

# ATTACHMENT A
# JURY TRIALS – ROGER KING

**Group A:  CASES TRIED BETWEEN 1991 AND THE CLOSE OF 1996**

ADA Roger King tried the following cases to a jury between 1991 and the close of 1996. These case names are derived from lists supplied by Respondents and by independent research. Petitioner also identifies those cases that are known at this time to have jury voir dire notes of testimony available (denoted by "1"); those as to which Petitioner has been able to determine that jury voir dire notes of testimony were prepared, or there was post-trial litigation for which such notes may have been prepared (denoted by "2"); those in which a *Batson* or a related claim was pursued at some point in litigation (denoted by "3"); those in which Jury Voir Dire Sheets (the court crier's contemporaneous account of the jury selection process) and/or venire panel lists are available (denoted by "4"); and those in which some or all juror questionnaires are available (denoted by "5").

Where Petitioner has information that the jury was selected as a capital jury, that is noted.

**Christopher Brown** (capital) – 2, 4
CP-51-CR-033446-1989

**Anthony Reid** (2 cases)
CP 8906-0252 (capital) – 1, 3, 4

CP 8810-2482 (capital) – 1, 3, 4

**Stephen Robinson** (capital) – 1, 4
CP 9007-1117
(tried with co-defendant K. Johnson)

**Chester Hollman** – 2 (jury voir dire notes made part of record, per court docket), 4, 5
CP-51-CR-0625451-1991

**James Dennis** (capital) – 1,3,4
CP 9201-0484

**Kenneth Ford** (capital) – 1, 3, 4
CP 8910-3222

**Orlando Maisonet** (capital) (2 cases)
CP-51-CR-1134831-1990 – 1, 4
CP-9011-3477 – 1, 4

**Dennis Rodgers** –2, 4
CP 9211-3465

**Rodney Williams** (cap) - 1
CP 9201-3128

**William Nieves** (capital) – 2, 4
CP 9410-0970

**Vincent Jeter** (capital) – 1, 4, 5
CP 9403-3149

**Borgela Philistin** (capital) – 1, 4, 5
CP-51-CR-0709691-1993

**Warren Summers** (capital) – 1, 4, 5
CP 9501-0007
(tried with co-defendants Acey Barnes, Anthony Dent,
Malik Jones, Markee Jones, Bernard Morris, Quron
Blackwell)

**Abdul Hardy** (capital) – 1, 4
CP 9304-2850
(tried with co-defendants Mack Alderman, Stanley Williams, Muhammed ElAkram)

**Clark B. Henderson** (capital) – 1 (for three separately empaneled juries), 3, 4
CP-51-CR-1035262-1991
(tried with co-defendants Prince Hagwood, Kevin Cleveland, Denovian Royster, Walter
Royster, George Russell, John Kennedy)

**Arthur Hawthorne** (capital) – 1, 4
CP 9301-0470
(tried with co-defendants Barry Johnson, Michael Lilly,
David Sheppard)

**David Dickson** – 1 (for two separately empaneled juries)
CP-51-CR-0732711-1993

**Fred Thomas** – 1, 3, 4
CP 94-02-0991

**Charles Diggs** (retrial) – 2, 3
CP-51-CR-072091-1974

**Robert Wharton** (capital penalty phase retrial, 1992) – 1, 3, 4
CP -51-CR-0222581-1984

**Group B:**

This group contains cases that ADA Roger King tried to a jury either before 1991 or after 1996.  Investigation is still underway to determine availability of jury selection notes and to clarify  the status of joint trials for a number of co-defendants and related cases.

**Victor Santiago** (aka Jorge Cintron) (capital) –1, 4
CP-51-CR-0236521-1989

**Harold Carter**
CP-51-CR-0800441-1979

**Darryl Coleman** – 2
CP-51-CR-0540731-1994
(2 jury trials)

**Russell Madison** -  2
CP-51-CR-0202621-1978

**Kevin Hughes** (capital) - 4
CP-51-CR-0313691-1980

**James Jones** (capital) – 1, 3, 4
CP 8010-2486

**Allen Dantzler** – 2, 4
CP 8207-2109

**Charles Gilyard** – 4
CP 8211-3548

**Damon Jones** (2 cases)
CP-51-CR-0907121-1982 (capital) – 3, 4
(Tried with co-defendants Isaiah (Isiah)
Givens and Portie Robertson)

CP 8206-1196

**Richard Harris** – 4
CP 8203-1414

**William Smith** – 4
CP8201-0683

**Reginald Lewis** – 2
CP-51-CR-1113611-1983

**Ralph Stokes** – 3, 4
CP 8203-4576

**Jerome Marshall** (trial, capital sentencing, capital resentencing) – 1, 3, 4
CP8311-1721-1730

**Craig Murphy** (3 cases)
CP-51-CR-0126101-1984 (capital) – 1, 3, 4
CP8405-2608 (capital) – 1, 3, 4
CP-51-CR-0925231-1985 (capital) – 2, 3

**DeWitt Crawley** (capital) – 1, 3, 4
CP-51-CR-0201551-1984

**Esau Burroughs** (multiple co-defendants) – 4
CP  8508-2051
(tried with co-defendants Rodney Wells, Morris Williams, Howard Ford)

**Brian Thomas** – 1, 3
CP 8509-2717

**Wade Middleton** – 4
CP-51-CR-0817871-1986

**Anthony Sutton** – 2, 3, 4
CP 8711-3696

**Johnny Alexander** – 2, 4
CP-51-CR-0211881-1988
(tried with co-defendant Anthony Harrell, CP-51-CR-0211882-1988)

**Karen Anne Phillips** – 2, 4
CP-51-CR-0534691-1988

**Al Peoples** (capital) – 1, 3, 4
CP8910-4498

**Luis Bermudez** – 4
CP 0109-0141

**Major Hodges** – 4
CP 0211-1021

**Derrick Stevens**

**Albert Thomas**

**Carl Selby**

**Darryl Newkirk – 3**

**Maurice Charity**

**Darryl Duckson**

**Shaun Flynn**

**St. Aubyn Beecham**

**Clifton Parker** - 3

**Matthew Garcia**

**Lamont Bryant**

**Gregory Robinson**

**Saleen Norman**

**Gilbert Smith**

**Wayne Jackson**

**Pedro Valentin**

**Deirdre Douglas**

**Wendall Forrest**

**Kelly Aaron**

**Rocco Lodise**

**Alfonzo Morrison**

**Juvan Woodson**

**Charles W. Pitcher**

**Cody Wright**

**Kyhree Cunningham**

**Christopher Duckett**

**Elwin Lincona**

**Ivan McCall**

**Andre Carson**

**Kenneth Griffin**

**Phillip Keese**

**Kareem Carroll**

**Derick Wanamaker**

**Babaesu Bey** 2, 4

CP-51-CR-0603821-1999

**Donnie Jones** – 2, 4
CP-51-CR-0511611-2001

**Lavar Jones** – 2
98-05-0578

**Donald Pinner** (possibly waiver trial)

**Red Colt**

**Terry Bluford** (possibly waiver trial)

**Nathan Long** (possibly waiver trial)

**Sharif Torres**

**Anthony Jones**

**Omar McNeil**

**Aaron Smith**

**Al Collantes**

**Robert Ramirez**

**Joyce Schofield**

**Steven Davis**

**Michael Andrews**

**Shirlene Golden**

**George Gardner**

**Khalid Wilcox**

**Andrew Fields**

**Rodriguez A. Peake**

**Simon Pirela** (aka Salvador Morales), 1
CP 9805-0578 (capital penalty-phase retrial; 1/4/2000)

**Maurice Brown**

**Aaron Fox**

**Thomas Gibison**

## ATTACHMENT B

### Defendants prosecuted by Paul Riley (jury trials)

| | | |
|---|---|---|
| 9/91 | John Byrd aka Terrell Fuller | CP-51-CR-0527041-1990[1] |
| 5/92 | Kevin Hyman | CP-51-CR-0828441-1992 |
| 7/92 | George Mankowski | CP-51-CR-1133411-1992 |
| 7/92 | Michael Jordan | CP-51-CR-1107521-1994 |
| 8/92 | Darryl Frison | CP-51-CR-0827841-1982 |
| 8/92 | Gregory Wright | [Possibly CP-51-CR-0513491-1988] |
| 9/92 | Darryl Hawkins | [Possibly CP-51-CR-0446041-1991] |
| 9/92 | Philip Ganter | |
| 10/92 | Darnel Sanders | CP-51-CR-0327941-1992 |
| 10/92 | Khang Pham | CP-51-CR-0502061-1992 |
| 4/93 | William Sandoval | CP-51-CR-0324221-1992 |
| 6/93 | Donald Henderson | CP-51-CR-0615421-1990 |
| 7/93 | Norman Sullivan | |
| 8/93 | Roy Ray Toomer/Nancy Young | CP-51-CR-0821431-1992 (Nancy Young) |
| | | [CP-51-CR-0125531-1993 (Roy Ray Toomer)] |
| 9/93 | Anthony Hart | CP-51-CR-0613351-1992 |
| 2/94 | Antoine Brown | CP-51-CR-0747311-1992 |
| 3/94 | Damien Tadron | |
| 3/94 | Denzil Lee | CP-51-CR-1146301-1993 |
| 4/94 | Kelvin Sutton (Batson-IAC) | CP-51-CR-0425701-1993 |
| 5/94 | Antonio Pannell | CP-51-CR-1111251-1993 |
| 6/94 | James Brown | |
| 7/94 | Wilfredo Maldonado | CP-51-CR-0725131-1992 |
| 9/94 | John Williams | CP-51-CR-0908541-1996 |
| 9/94 | Calvin Murphy | CP-51-CR-0608281-1994 |

_____

[1] Petitioner has added this case to the list provided by Respondents.  The jury selection began in September 1991.

| | | |
|---|---|---|
| 10/94 | Edward Kendrick | CP-51-CR-0114171-1994 |
| 6/95 | Darious Stewart | |
| 11/95 | Daniel Gwynn (capital) (Batson) | CP-51-CR-1207051-1994 |
| 8/95 | Robert Baylis or Baylin | CP-51-CR-0112931-1995 |
| [3/96]² | Gregory Womack/Jermaine Trice | CP-51-CR-0601181-1995 |
| | | CP-51-CR-0601186-1995 |
| 12/96 | Michael Thomaston (capital) | CP-51-CR-0400541-1995 |
| 4/97 | Jamie Santiago (capital) | CP-51-CR-0511821-1995 |
| 10/97 | John Martini | CP-51-CR-0543921-1993 |
| | Angela Collins | |
| [4/98]³ | Robert Hall | [CP-51-CR-0409511-1997] |
| | Kirk Jackson | CP-51-CR-0738601-1991 |
| | Christopher Johnson | |

---

² Respondents provided information that Womack and Trice were convicted in October 1994, but it did not provide case numbers. Petitioner was able to find information regarding a jury trial at which Womack and Trice were among the co-defendants tried by jury in March 1996. Those case numbers are provided above.

³ The Commonwealth provided the name Robert Hall. Counsel for Petitioner was able to locate the above Common Pleas Court case number and other post-trial dockets and citations involving Mr. Hall's jury trial for homicide, although without confirmation that the trial prosecutor was Mr. Riley. Trial took place in April 1998.

**CERTIFICATE OF SERVICE**

I, Michael H. Gonzales, hereby certify that on this 9th day of April 2021, I served a  copy

of the foregoing upon the following individual(s) via the Court's ECF system:

>Matthew Stiegler, Esq.
>Federal Litigation Unit
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia PA 19107


/s/ Michael H. Gonzales_____
Michael H. Gonzales

Dated: April 9, 2021