**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **CHRISTOPHER RONEY** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SECRETARY JOHN E. WETZEL, et al.** | : | **NO.  14-2083** |
| *Respondents* | : | |


<u>**NOTICE OF TELEPHONE CONFERENCE**</u>

A **TELEPHONE CONFERENCE** in the above matter has been rescheduled for

**October 4, 2021** at **4:00 p.m.** with the Honorable Gene E.K. Pratter, United States Courthouse,

601 Market Street, Philadelphia, PA 19106.

Counsel are instructed to telephone 888-684-8852, then enter 3051753# to be connected

with the Judge.


<u>*s/Susan Flaherty*</u>
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge


**Date of Notice: September 15, 2021
Copies sent via ECF notification.**