IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER RONEY,** | : | |
| *Petitioner* | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 14-2083 |
| | : | |
| **SECRETARY JOHN E. WETZEL et al.,** | : | |
| *Respondents* | : | **THIS IS A CAPITAL CASE** |
| | : | |

## ORDER

**AND NOW**, this 12th day of October, 2021, upon consideration of the April 9, 2021 Joint Status Report (Doc. No. 124) and the Court's October 7, 2021 teleconference, it is hereby **ORDERED** that:

1. A **STATUS CONFERENCE** is scheduled for January 18, 2022 at 11:00 a.m. with the Honorable Gene E.K. Pratter in Chambers (Rm. 10613), United States Courthouse, 601 Market Street, Philadelphia, PA 19106;

2. The parties shall submit a **JOINT STATUS REPORT** on or before January 7, 2022.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1