IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY, | : |
| Petitioner, | : CIVIL ACTION<br>: No. 2:14-cv-02083 |
| v. | : **THIS IS A CAPITAL CASE** |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | : HON. GENE E.K. PRATTER |
| Respondents. | : |

## JOINT STATUS REPORT

The parties, through counsel hereby submit this report on the status of discovery and related issues:

The parties last reported on the status of discovery during the Telephone Conference with the Court held October 7, 2021. Respondents confirmed their agreement to voluntarily produce for Petitioner's counsel's review materials related to Petitioner's *Batson* claim. As the Court knows, these include jury selection materials contained in the prosecutor's files in cases other than Mr. Roney's.

The review process is underway. Respondents have thus far made multiple cases available for Petitioner's review and are currently working to locate materials from at least three more cases. Petitioner's counsel has promptly reviewed the materials once they have been made available, identifying documents he thinks are responsive. Respondents have been reviewing those documents and redacting protected information before delivering the materials to Petitioner's counsel.

The process of locating and preparing the files for Petitioner's review and then reviewing and redacting materials identified as responsive is time-consuming.  The files are in off-site storage and are often quite voluminous. However, the process to date has gone smoothly and borne fruit.  From the files reviewed to date, Petitioner has identified various documents pertaining to Roger King's jury selection practices, including jury lists with Mr. King's annotations, jury selection notes of testimony, juror questionnaires, and various hand-written notes of Mr. King's from voir dire.

The parties agree to continue this process without the need for the Court's intervention. In January the parties have scheduled a number of reviews and if the process continues smoothly would anticipate completion in 45-90 days.

The parties therefore ask the Court to grant the parties 90 days to continue this *Batson*-related discovery process.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael H. Gonzales | /s/ Matthew Stiegler |
| MICHAEL H. GONZALES | MATTHEW STIEGLER |
| HELEN A. MARINO | Supervisor, Federal Litigation Unit |
| MATTHEW LAWRY | Philadelphia District Attorney's Office |
| Federal Community Defender Office for the | Three South Penn Square |
| Eastern District of Pennsylvania | Philadelphia PA  19107 |
| Capital Habeas Unit | |
| The Curtis Center, Suite 545-W | |
| Independence Square West | |
| Philadelphia, PA  19106 | |
| 215-928-0520 | |
| | |
| Counsel for Petitioner Christopher Roney | Counsel for Respondents |

Dated: January 7, 2022

## CERTIFICATE OF SERVICE

I, Michael H. Gonzales, hereby certify that on this 7[h] day of January 2021, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

>Matthew Stiegler, Esq.
>Acting Chief, Federal Litigation Unit
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia PA 19107


>/s/ Michael H. Gonzales
>Michael H. Gonzales

Dated: January 7, 2022