IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER RONEY, *Petitioner* | : : : | CIVIL ACTION |
| v. | : : | No. 14-2083 |
| SECRETARY JOHN E. WETZEL et al., *Respondents* | : : : : | THIS IS A CAPITAL CASE |

## ORDER

AND NOW, this 14th day of January, 2022, upon consideration of the January 7, 2022 Joint Status Report (Doc. No. 130), it is hereby **ORDERED** that:

1. The request for a 90-day continuance is **GRANTED**;

2. The status conference scheduled for January 18, 2022 at 11:00 a.m. is **CANCELLED** and **RESCHEDULED** for April 28, 2022 at 11:00 a.m.; and

3. The parties shall submit a **JOINT STATUS REPORT** on or before April 8, 2022.

BY THE COURT:

/s/ Gene E.K. Pratter

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1