IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY,<br><br>    Petitioner,<br><br>        v.<br><br>JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview,<br><br>    Respondents. | CIVIL ACTION<br>No. 2:14-cv-02083<br><br>**THIS IS A CAPITAL CASE**<br><br>HON. GENE E.K. PRATTER |

## JOINT STATUS REPORT

The parties, through counsel hereby submit this report on the status of discovery and related issues:

Since the parties submitted their last Joint Status Report on January 7, 2022, the physical review of files for jury selection materials in cases prosecuted by Roger King between 1991-1996 has been completed. In all, Petitioner identified and requested nine case files for review. Respondents were able to locate eight of those files and made those files available to Petitioner at Respondent's offices. Petitioner successfully identified relevant materials in six of the files. And as agreed to by the parties, those materials were scanned and saved to Respondent's computers for internal review before final release to Petitioner. Over 1600 pages of jury selection materials were located and scanned. On April 5, 2022, after completing their internal review, Respondents produced copies of the materials to Petitioner.

Petitioner's counsel has begun the process of reviewing and analyzing these materials, along with the jury selection documents obtained from Court of Common Pleas files and additional materials Petitioner has compiled independently.  Petitioner estimates that this process will take  approximately three to six weeks. Thereafter, counsel anticipates seeking to amend his habeas petition to incorporate the facts and conclusions reached as a part of this discovery process.

Currently, the parties are scheduled to appear before the Court for an in-person status conference on April 28, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael H. Gonzales | /s/ Matthew Stiegler |
| MICHAEL H. GONZALES | MATTHEW STEIGLER |
| HELEN A. MARINO | Supervisor, Federal Litigation Unit |
| MATTHEW LAWRY | Philadelphia District Attorney's Office |
| Federal Community Defender Office for the | Three South Penn Square |
| Eastern District of Pennsylvania | Philadelphia PA  19107 |
| Capital Habeas Unit | |
| The Curtis Center, Suite 545-W | |
| Independence Square West | |
| Philadelphia, PA  19106 | |
| 215-928-0520 | |
| | |
| Counsel for Petitioner Christopher Roney | Counsel for Respondents |

Dated: April 8, 2022

## CERTIFICATE OF SERVICE

I, Michael H. Gonzales, hereby certify that on this 8th day of April 2022, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

>Matthew Stiegler
>Chief, Federal Litigation Unit
>Philadelphia District Attorney's Office
>Three South Penn Square
>Philadelphia PA 19107

>/s/ Michael H. Gonzales
>Michael H. Gonzales

Dated: April 8, 2022