IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY, | |
| Petitioner, | CIVIL ACTION<br>No. 2:14-cv-02083 |
| v. | **THIS IS A CAPITAL CASE** |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | HON. GENE E.K. PRATTER |
| Respondents. | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of October 4, 2022 (Doc. 135), the parties present this Joint Status Report.

As previously reported, Petitioner amended a pending successive state court petition for post-conviction relief on September 14, 2022. On October 24, 2022, the Philadelphia Court of Common Pleas held a status hearing regarding the disposition of the pending state court petitions. Petitioner reported that he intends to file an additional amendment before December 1, 2022, and the Commonwealth will then need to answer the petitions. The PCRA court agreed to Petitioner's request for time for filing his amendment and scheduled its next status hearing for December 8, 2022. At that time, the parties anticipate the PCRA court will direct the Commonwealth to answer the petition in 90-120 days.

Respondents are not waiving exhaustion with respect to the pending state court petition(s). Accordingly, Petitioner will file an amended habeas petition incorporating the facts and arguments raised in his state petitions before moving to stay and abey these federal proceedings while he litigates his claims in state court.

| | |
|---|---|
| /s/ *Michael Gonzales* | /s/ *Matthew Stiegler* |
| MICHAEL H. GONZALES | MATTHEW STIEGLER |
| HELEN A. MARINO | Chief, Federal Litigation Unit |
| MATTHEW LAWRY | Philadelphia District Attorney's Office |
| Federal Community Defender Office for | Three Penn Square |
| the Eastern District of Pennsylvania | Philadelphia, PA  19107 |
| Capital Habeas Unit | (215) 686-8000 |
| Philadelphia, PA 19106 | |
| (215) 928-0520 | |

Dated: November 2, 2022

## CERTIFICATE OF SERVICE

I, Michael H. Gonzales, hereby certify that on this 2nd day of November 2022, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

> Matthew Stiegler
> Chief, Federal Litigation Unit
> Philadelphia District Attorney's Office
> Three South Penn Square
> Philadelphia PA 19107

> /s/ Michael H. Gonzales
> Michael H. Gonzales

Dated: November 2, 2022