IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY,<br>　　　　　*Petitioner* | :<br>:　CIVIL ACTION<br>: |
| v. | :　No. 14-2083<br>: |
| SECRETARY JOHN E. WETZEL et al.,<br>　　　　　*Respondents* | :<br>:　THIS IS A CAPITAL CASE<br>: |

### ORDER

AND NOW, this 10th day of April, 2023, it is hereby **ORDERED** that the parties shall submit a status update with the Court on or before **May 10, 2023.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1