IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER RONEY,** | : | Civil Action |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **SECRETARY JOHN E. WETZEL, et al.,** | : | No. 14-2083 |
| Respondents. | : | |

### NOTICE OF APPEARANCE

Katherine Ernst hereby enters her appearance on behalf of the Respondents in the above-captioned matter.

### NOTICE OF WITHDRAWAL OF APPEARANCE

Matthew Stiegler hereby withdraws his appearance on behalf of the Respondents in the above-captioned matter.

Respectfully submitted,

*/s/ Katherine Ernst*
Katherine Ernst
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office


*/s/ Matthew Stiegler*
Matthew Stiegler, Esquire

## CERTIFICATE OF SERVICE

I certify that on April 17, 2023, a copy of the foregoing notice was served to on all counsel of record via ECF.

*/s/ Katherine Ernst*
Katherine Ernst
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office