IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER RONEY, | : : : | |
| Petitioner, | : : | CIVIL ACTION<br>No. 2:14-cv-02083 |
| v. | : : | **THIS IS A CAPITAL CASE** |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | : : : : : : : | HON. GENE E.K. PRATTER |
| Respondents. | : : | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of April 10, 2023 (Doc. 138), the parties present this Joint Status Report.

Petitioner filed an additional amendment to his pending successive state court petition for post-conviction relief in the Philadelphia Court of Common Pleas on December 15, 2022. The case is currently listed for a status hearing before the Honorable Scott DiClaudio on May 18, 2023. At that time, we expect the court will set a date for the Commonwealth to file its response to Petitioner's pleadings.

As Respondents are not waiving exhaustion with respect to the matters pending in the state court pleadings, Petitioner will file an amendment to his federal habeas petition addressing those matters by May 31, 2023, along with a motion to stay and abey these federal proceedings while he litigates his claims in state court.

1

Respectfully submitted,

| | |
|---|---|
| /s/ *Helen A. Marino* | /s/ *Katherine Ernst* |
| MICHAEL GONZALES | Katherine Ernst |
| HELEN A. MARINO | Supervisor, Federal Litigation Unit |
| MATTHEW LAWRY | Philadelphia District Attorney's Office |
| Federal Community Defender Office | Three South Penn Square |
| for the Eastern District of Pennsylvania | Philadelphia PA 19107 |
| Capital Habeas Unit | 215-886-8000 |
| The Curtis Center, Suite 545-W | |
| Independence Square West | Counsel for Respondents |
| Philadelphia, PA 19106 | |

Counsel for Petitioner, Christopher Roney

Dated: May 10, 2023

## CERTIFICATE OF SERVICE

I, Helen A. Marino, hereby certify that on this 10th day of May, 2023, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

> Katherine Ernst
> Federal Litigation Unit
> Philadelphia District Attorney's Office
> Three South Penn Square
> Philadelphia PA 19107

>> /s/ Helen A. Marino
>> Helen A. Marino

Dated: May 10, 2023