IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOMER RONEY, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | No. 2:14-cv-02083 |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; STEVEN GLUNT, Superintendent of the State Correctional Institution at Rockview, | : | HON. GENE E.K. PRATTER |
| Respondents. | : | |

## UPDATED STATUS REPORT

In the last Joint Status Report filed on May 10, 2023 (Doc. 140), the parties indicated that Petitioner will file an amendment to his federal habeas petition addressing the unexhausted matters, arising from Respondents' discovery productions and raised in Petitioner's pending state court pleadings, by May 31, 2023. Petitioner's counsel have been working diligently, but unfortunately need an additional week, until June 7, 2023, to complete the pleading.

Also, as reported on May 10, 2023, Petitioner's case was listed for status in the Court of Common Pleas on May 18, 2023. On that date, the PCRA Court directed the Commonwealth to file any additional answers or responses with the court and set September 7, 2023 for the next status listing.

1

Respectfully submitted,

/s/ *Michael Gonzales*  /s/ *Katherine Ernst*
MICHAEL GONZALES  Katherine Ernst
HELEN A. MARINO  Supervisor, Federal Litigation Unit
MATTHEW LAWRY  Philadelphia District Attorney's Office
Federal Community Defender Office  Three South Penn Square
for the Eastern District of Pennsylvania  Philadelphia PA 19107
Capital Habeas Unit  215-886-8000
The Curtis Center, Suite 545-W
Independence Square West  Counsel for Respondents
Philadelphia, PA 19106

Counsel for Petitioner, Christopher Roney

Dated: May 31, 2023

## CERTIFICATE OF SERVICE

I, Helen A. Marino, hereby certify that on this 31st day of May, 2023, I served a copy of the foregoing upon the following individual(s) via the Court's ECF system:

> Katherine Ernst
> Federal Litigation Unit
> Philadelphia District Attorney's Office
> Three South Penn Square
> Philadelphia PA 19107

> /s/ Helen A. Marino
> Helen A. Marino

Dated: May 31, 2023