IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RONEY,<br>　　　　*Petitioner* | CIVIL ACTION |
| v. | No. 14-2083 |
| SECRETARY JOHN E. WETZEL et al.,<br>　　　　*Respondents* | THIS IS A CAPITAL CASE |

## ORDER

AND NOW, this 15th day of August, 2023, upon consideration of Mr. Roney's unopposed motion to stay and hold these proceedings in abeyance pending the exhaustion of state court remedies (Doc. No. 147), it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court shall place this matter in suspense pending further order of this court. Mr. Roney is further **ORDERED** to notify this Court within thirty (30) days of termination of state court proceedings.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1