IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER RONEY,<br>*Petitioner* | : | CIVIL ACTION |
| v. | : | No. 14-2083 |
| SECRETARY JOHN E. WETZEL et al.,<br>*Respondents* | : | THIS IS A CAPITAL CASE |

### ORDER

AND NOW, this 15th day of August, 2023, upon consideration of the parties' joint motion to file under seal juror questionnaires proffered by Mr. Roney in support of amended Claim IV of his habeas petition (Doc. No. 146), it is hereby **ORDERED** that the motion (Doc. No. 146) is **GRANTED.** Mr. Roney shall file any and all juror questionnaires in a separate appendix under seal.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1