**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CHRISTOPHER RONEY, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | No. 2:14-cv-02083 |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| JOHN E. WETZEL, Secretary, Pennsylvania | : | HON. GENE E.K. PRATTER |
| Department of Corrections; JAMIE | : | |
| SORBER, Superintendent of the State | : | |
| Correctional Institution at PHOENIX; and | : | |
| MARK GARMAN, Superintendent of the | : | |
| State Correctional Institution at Rockview, | : | |
| | : | |
| Respondents. | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 3, 2024 Order (Doc. 151) the parties present this Joint Status

Report.

1. On August 15, 2023, this Court ordered Petitioner's capital habeas corpus

proceedings stayed and held in abeyance pending the exhaustion of claims filed in successive Post-

conviction Relief Act petitions in the Philadelphia Court of Common Pleas as a result of continuing

Commonwealth disclosures relevant to Petitioner's claims that the trial prosecutor discriminated

on the basis of race and gender during jury selection, in violation of *Batson v. Kentucky*, 476 U.S.

79 (1986), and *J.E.B. v. Alabama*, 511 U.S. 127 (1994), and that his right to due process and a fair

trial was violated by the overwhelming police presence in the courtroom during the trial. This matter was thereby placed in suspense pending further order of this Court. [Doc. 148].

2.    On August 29, 2023, the Commonwealth made additional disclosures to Petitioner that are unrelated to the claims presently before the PCRA court and which may provide the basis for Petitioner to raise additional claims that have previously been unavailable to him. Accordingly, on September 1, 2023 Petitioner moved, unopposed, for permission to file a consolidated amended PCRA petition, and if appropriate, to include additional claims based on the new disclosures.

3.    The unopposed motion was granted and Petitioner is currently conducting investigation and research related to the materials most recently disclosed to him.  The PCRA matter is currently scheduled for a status hearing before the Honorable Scott DiClaudio on May 23, 2024.

Jointly submitted,

_/s/ Michael Gonzales_____
MICHAEL GONZALES
HELEN A. MARINO
Federal Community Defender Office
For the Eastern District of Pennsylvania
Suite 545 West-Curtis Building
601 Walnut Street
Philadelphia, PA
(215) 928-0520

_/s/ Katherine Ernst_____
KATHERINE ERNST
Chief, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia PA 19107

Attorneys for Petitioner, Christopher Roney

Attorney for Respondents

May 10, 2024